IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00253-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO JAVIER CORRALES-FELIX,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the sentencing hearing previously scheduled for November 20, 2009 at 10:00 a.m. is vacated and rescheduled for **December 18, 2009 at 1:30 p.m.**

    October 2, 2009.