**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00819-PAB
Criminal Case No. 09-cr-00253-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO JAVIER CORRALES-FELIX,

    Defendant.

## FINAL JUDGMENT

In accordance with the Order Denying 28 U.S.C. § 2255 Motion [Docket No. 36] entered by United States District Judge Philip A. Brimmer on April 20, 2015, the following Final Judgment is hereby entered. It is

**ORDERED** that the "Motion to Correct Sentence Pursuant to U.S.S.G. § 5G13" [Docket No. 35] is denied without prejudice. It is further

**ORDERED** that no certificate of appealability will issue because defendant has not made a substantial showing of the denial of a constitutional right. It is further

**ORDERED** that Civil Action No.15-cv-00819-PAB is terminated.

Dated at Denver, Colorado this 20th day of April, 2015.

                          FOR THE COURT:
                          JEFFREY P. COLWELL, CLERK

                By:  s/   Kathy Preuitt-Parks
                          Kathy Preuitt-Parks
                          Deputy Clerk