### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00819-PAB
Criminal Case No. 09-cr-00253-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO JAVIER CORRALES-FELIX,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 40] of United States District Judge Philip A. Brimmer entered on October 16, 2015, it is

    **ORDERED** that the "Motion to Correct Sentence Pursuant to U.S.S.G. § 5G13" [Docket No. 35] is denied because the motion is untimely.  It is further

    **ORDERED** that judgment is hereby entered in favor of the plaintiff UNITED STATES OF AMERICA and against defendant FRANCISCO JAVIER CORRALES-FELIX.  It is further

    **ORDERED** that plaintiff is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 4th day of November, 2015.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                    By:  s/   Kathy Preuitt-Parks

                              Kathy Preuitt-Parks
                              Deputy Clerk